| Case | Docket / Disposition | Date | Lower Court No. (County) |
|---|---|---|---|
| In the Adopt. of W.M.; Appeal of B.M.H.M. | 867 WDA 2016<br>Affirmed | 12/05/2016 | No. 102C of 2015<br>(Erie) |
| In the Adopt of S.H.I.M.; Appeal of B.M.H.M. | 868 WDA 2016<br>Affirmed | 12/05/2016 | 102D of 2015<br>(Erie) |
| Com. v. Cornelison | 891 WDA 2016<br>Affirmed | 12/05/2016 | CP–11–CR–0000769–2011<br>(Cambria) |
| Com. v. White | 1040 EDA 2015<br>Affirmed and Vacated | 12/06/2016 | CP–51–CR–0005005–2014<br>(Philadelphia) |
| Com. v. Batchler | 2200 EDA 2015<br>Affirmed | 12/06/2016 | CP–51–CR–0002120–2015<br>(Philadelphia) |
| Scott v. Atlanta Restaurant Partners | 2237 EDA 2015<br>Affirmed | 12/06/2016 | 140202800<br>(Philadelphia) |
| Com. v. Ford | 2332 EDA 2015<br>Affirmed | 12/06/2016 | CP–51–CR–0005081–2007<br>(Philadelphia) |
| Com. v. Outterbridge [5] | 3187 EDA 2015<br>Vacated and Remanded | 12/06/2016 | CP–51–CR–0012306–2012<br>(Philadelphia) |
| Com. v. Sickle | 3326 EDA 2015<br>Affirmed and Reversed | 12/06/2016 | CP–46–CR–0000475–2014<br>(Montgomery) |
| Com. v. Fay | 614 MDA 2015<br>Affirmed<br>Application to Withdraw as Counsel Granted | 12/06/2016 | CP–58–CR–0000251–2011<br>(Susquehanna) |
| Com. v. Gray | 41 MDA 2016<br>Remanded | 12/06/2016 | CP–40–CR–0001900–2014<br>(Luzerne) |
| C.L.W. v. R.J.W., Jr. | 365 MDA 2016<br>Vacated | 12/06/2016 | 1347–SA–2004<br>(York) |
| D.W. v. B.K.V., Jr. | 620 MDA 2016<br>Reversed and Remanded | 12/06/2016 | 2008–5–0774<br>(Lebanon) |
| Com. v. Dalessio | 866 MDA 2016<br>Affirmed | 12/06/2016 | CP–54–CR–0000165–2015<br>(Schuylkill) |
| Com. v. Rumble | 1421 WDA 2015<br>Affirmed | 12/06/2016 | CP–26–CR–0001299–2014<br>(Fayette) |
| Ferris v. Petri | 1443 WDA 2015<br>Affirmed | 12/06/2016 | NS20150596<br>(Erie) |
| Com. v. Smith | 1717 WDA 2015<br>Affirmed | 12/06/2016 | CP–07–CR–0001619–2014<br>(Blair) |

5. Petition for reargument denied February 10, 2017.